**Order entered August 5, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00296-CV

## CJY INVESTMENT, L.L.C., ET AL, Appellants

## V.

## UNITED CENTRAL BANK, ET AL, Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-04102**

## ORDER

The Court **REINSTATES** the appeal.

On May 22, 2013, we abated the appeal due to the filing of bankruptcy by appellees Ki Pong Na and Chong S. Na. In response to our July 22, 2015 letter inquiring about the current status of the bankruptcy proceedings, we received correspondence from counsel stating the bankruptcy proceeding was dismissed by the bankruptcy court on June 4, 2014. Therefore, the appeal may now proceed.

At the time the appeal was abated, the clerk's record and appellants' brief had been filed. Accordingly, we **ORDER** appellees to file their brief within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE